# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620

---

August 9, 2022

**VIA ECF**
Hon. Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  Diaz et al v. Exquisito Restaurant Inc., et al.
Case No.: 22-cv-03859-LJL

Dear Judge Liman:

This firm represents Plaintiffs in the above-referenced matter. I write to respectfully request that the initial conference currently scheduled for August 15, 2022, at 3pm, be adjourned *sine die* since Defendants are currently in default and have not appeared in this action despite having been served with process.

At this stage, Plaintiffs respectfully requests that the Court permit Plaintiffs to move for default judgment by September 9, 2022.

Thank you for your time and consideration to this matter.

The request is GRANTED IN PART and DENIED IN PART.  The Initial Pretrial Conference scheduled for August 15, 2022 is ADJOURNED to September 13, 2022 at 12:00 p.m.  Parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts.  By one week prior to the conference, the parties jointly shall submit a proposed Case Management Plan and Scheduling Order.  If Defendants do not appear at the conference, the Court will set a deadline for Plaintiffs to move for default judgment.

Respectfully Submitted,

/s/ *Bryan D. Robinson*
Bryan D. Robinson, Esq.
CSM Legal, P.C.
*Attorneys for Plaintiffs*

    8/10/22
SO ORDERED.
LEWIS J. LIMAN
United States District Judge

*Certified as a minority-owned business in the State of New York*